MARK A. CAMPBELL (SB# 93595)     (SPACE BELOW FOR FILING STAMP ONLY)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA  95864
Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for Plaintiff Wesley Riley

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY RILEY, | Case No. 2:06-cv-02126-LKK-KJM |
| Plaintiff, | **CONSENT TO SUBSTITUTION OF ATTORNEY** |
| vs. | |
| MICHELE GIGUIERE, BUDGET PROPERTY MANAGEMENT, INC., and CAL INVESTORS, INC., | **[ORDER]** |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff WESLEY RILEY makes the following substitution:

1. **Former legal representation:**
   FARMER, MURPHY, SMITH & ALLISTON,
   3640 American River Drive, Suite 150,
   Sacramento, California, 95864;
   Telephone: (916) 484-3500;
   Facsimile: (916) 484-3510;
   Email:  mcampbell@farmermurphy.com

2. **New legal representation:**
   MURPHY, CAMPBELL, GUTHRIE & ALLISTON,
   3640 American River Drive, Suite 150,
   Sacramento, California, 95864;
   Telephone: (916) 484-3500;
   Facsimile: (916) 484-3510;
   Email:  mcampbell@murphycampbell.com

-1-

PDF created with pdfFactory trial version www.pdffactory.com

//

3. The party making this substitution is the Plaintiff.

4. I consent to this substitution.

DATED: __12/18/06_____   By:   /s/_____
                                   Wesley Riley, Plaintiff

5. I consent to the above substitution.

DATED: __1/2/07_____   FARMER, MURPHY, SMITH & ALLISTON


                               By:   /s/_____
                                     Mark A. Campbell

6. I consent to the above substitution.

DATED: _1/2/07_____   MURPHY, CAMPBELL, GUTHRIE & ALLISTON


                               By:    /s/_____
                                      Mark A. Campbell

-2-

CONSENT TO SUBSTITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED.

DATED: January 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-

CONSENT TO SUBSTITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com