UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                              NO. CIV. S-06-2126 LKK/KJM

        Plaintiff,

   v.

MICHELE GIGUIERE,

        Defendant.
                                /

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on January 16, 2007. Mark Campbell appeared as counsel for plaintiff; Michele Giguiere appeared as a pro se defendant. After hearing, the court makes the following

1

findings and orders:

**MISCELLANEOUS PROVISIONS**

Plaintiff is granted leave to file an amended complaint not later than twenty (20) days from January 16, 2007.  A new status conference is set for April 2, 2007 at 2:00 p.m. Plaintiff is instructed to give notice of the status conference to any new defendants.

IT IS SO ORDERED.

DATED:  January 18, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2