UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                            NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                            O R D E R

MICHELE GIGUIERE, et al

    Defendants.

     The status conference currently set for April 2, 2007 is hereby CONTINUED to April 23, 2007 at 3:30 p.m.

     IT IS SO ORDERED.

     DATED:  March 27, 2007.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT