1  William A. Muñoz - 191649
   Robert W. Lucas - 143920
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:      (916) 565-0300
4  Facsimile:      (916) 565-1636

5  Attorneys for Defendants
   WILLIAM T. MARTIN, CALIFORNIA INVESTOR, CALIFORNIA INVESTORS and
6  BUDGET PROPERTY MANAGEMENT INC.

7                    UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9                            SACRAMENTO

10

11  WESLEY RILEY,                              Case No.: CV 021266-LKK-KJM

12        Plaintiff,                           STIPULATION AND ORDER FOR AN
                                               EXTENSION OF TIME FOR DEFENDANTS
13  v.                                         WILLIAM T. MARTIN, CALIFORNIA
                                               INVESTOR, CALIFORNIA INVESTORS,
14  MICHELE GIGUIERE, BUDGET PROPERTY          AND BUDGET PROPERTY
    MANAGEMENT, INC., CAL INVESTORS, INC.,     MANAGEMENT, INC., TO RESPOND TO
15  WILLIAM T. MARTIN, CALIFORNIA              FIRST AMENDED COMPLAINT
    INVESTOR and CALIFORNIA INVESTORS,
16
17        Defendants.

18

19        The parties, by and through their respective counsel, do hereby agree and stipulate as follows:

20        WHEREAS, Defendants William T. Martin, California Investor, California Investors, and

21  Budget Property Management, Inc., were ostensibly served with the First Amended Complaint on or

22  about March 2, 2007, and have not formally appeared in the present action;

23        WHEREAS, Defendants William T. Martin, California Investor, California Investors, and

24  Budget Property Management, Inc., assuming service is proper, are to respond to the First Amended

25  Complaint on or before March 22, 2007;

26        WHEREAS, Defendants William T. Martin, California Investor, California Investors, and

27  Budget Property Management, Inc., contend that they are not debt collectors for purposes of the Fair

28  Debt Collection Practices Act.  Defendants' counsel has communicated this to Plaintiff's counsel and

- 1 -

STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  provided case authority holding the same for Plaintiff's counsel to review.

2        WHEREAS, Plaintiff's counsel recently started his own firm and has not had the opportunity to

3  review the case authority provided by Defendants' counsel, an extension of time of one week for

4  Defendants to respond to the First Amended Complaint is appropriate in order to potentially minimize

5  the attorney's fees and costs that would otherwise be incurred in preparing a responsive pleading.

6        The parties hereby STIPULATE and AGREE:

7        Defendants William T. Martin, California Investor, California Investors, and Budget Property

8  Management Inc.'s responsive pleading to the First Amended Complaint is due on or before March 29,

9  2007.

10  Dated: March 28, 2007

11                                    MURPHY, PEARSON, BRADLEY & FEENEY

12

13                                    By /s/ _____
                                          William A. Munoz
14                                        Attorneys for Defendants
                                          WILLIAM T. MARTIN, CALIFORNIA
15                                        INVESTORS, INC., CALIFORNIA INVESTORS
                                          and BUDGET PROPERTY MANAGEMENT INC.

16

17  Dated: March 28, 2007
                                      MURPHY, CAMPBELL, GUTHRIE & ALLISTON
18

19                                    By /s/ _____
                                          Mark A. Campbell
20                                        Attorneys for Plaintiff
                                          WESLEY RILEY
21

22  Dated: March 28, 2007

23

24                                    By /s/ _____
                                          Michele L. Giguiere
25                                        Pro Se Defendant

26

27  WAM.10364352.doc

28

STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

## ORDER

2

3        Having considered the Stipulation of the parties and for good cause appearing, Defendants

4   William T. Martin, California Investor, California Investors, and Budget Management property, Inc.'s

5   responsive pleading shall be due on or before March 29, 2007.

6        **IT IS SO ORDERED**.

7        Dated:  March 28, 2007.

8

9                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
10                                   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

DATED: CERTIFICATE OF SERVICE

I, Donna M. Rosse, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On March 28, 2007, I served the following document(s) on the parties in the within action:

| | |
|---|---|
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| **XX** | **VIA FACSIMILE**:  The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |

Mark A. Campbell                                         Attorney For Plaintiff
Murphy, Campbell, Guthrie & Alliston              WESLEY RILEY
3640 American River Drive, #150
Sacramento, CA 95864
(916) 484-3510 (facsimile)

Michele L. Giguiere                                      Pro Se Defendant
4811 Chippendale Drive, #702
Sacramento, CA 95841

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 28, 2007.

By _____
        Donna M. Rosse

- 4 -

STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com