1  William A. Muñoz - 191649
   Robert W. Lucas - 143920
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:     (916) 565-0300
4  Facsimile:     (916) 565-1636

5  Attorneys for Defendants
   WILLIAM T. MARTIN, CALIFORNIA INVESTOR, CALIFORNIA INVESTORS and
6  BUDGET PROPERTY MANAGEMENT INC.

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9                                    SACRAMENTO

10

11  WESLEY RILEY,                              Case No.: CV 021266-LKK-KJM

12         Plaintiff,                          SECOND STIPULATION AND ORDER FOR
                                               AN EXTENSION OF TIME FOR
13  v.                                         DEFENDANTS WILLIAM T. MARTIN,
                                               CALIFORNIA INVESTOR, CALIFORNIA
14  MICHELE GIGUIERE, BUDGET PROPERTY          INVESTORS, AND BUDGET PROPERTY
    MANAGEMENT, INC., CAL INVESTORS, INC.,     MANAGEMENT, INC., TO RESPOND TO
15  WILLIAM T. MARTIN, CALIFORNIA              FIRST AMENDED COMPLAINT
    INVESTOR and CALIFORNIA INVESTORS,
16
17         Defendants.

18

19         The parties, by and through their respective counsel, do hereby agree and stipulate as follows:

20         WHEREAS, Defendants William T. Martin, California Investor, California Investors, and

21  Budget Property Management, Inc., were ostensibly served with the First Amended Complaint on or

22  about March 2, 2007, and have not formally appeared in the present action;

23         WHEREAS, Defendants William T. Martin, California Investor, California Investors, and

24  Budget Property Management, Inc., assuming service is proper, are to respond to the First Amended

25  Complaint on or before March 22, 2007;

26         WHEREAS, Defendants William T. Martin, California Investor, California Investors, and

27  Budget Property Management, Inc., contend that they are not debt collectors for purposes of the Fair

28

- 1 -

SECOND STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS
WILLIAM T. MARTIN, CALIFORNIA INVESTOR, CALIFORNIA INVESTORS, AND BUDGET PROPERTY
MANAGEMENT, INC., TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Debt Collection Practices Act.  Defendants' counsel has communicated this to Plaintiff's counsel and provided case authority holding the same for Plaintiff's counsel to review.

WHEREAS, Plaintiff's counsel recently started his own firm and has not had the opportunity to review the case authority provided by Defendants' counsel, an extension of time of one week for Defendants to respond to the First Amended Complaint is appropriate in order to potentially minimize the attorney's fees and costs that would otherwise be incurred in preparing a responsive pleading.

WHEREAS, the parties stipulated to one previous extension of time until March 29, 2007 for Defendants to file their responsive pleading to the First Amended Complaint with the hope that Plaintiff's counsel would have the opportunity to review the pertinent case law provided by counsel. However, Plaintiff's counsel has been unable to do so and cannot do so by the March 29, 2007 deadline given other filings that he must prepare by March 29, 2007.

WHEREAS, the parties will not seek any further extensions of time for Defendants to file a responsive pleading to the First Amended Complaint and should have any responsive pleading or motion to dismiss on file on or before April 6, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SECOND STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS
WILLIAM T. MARTIN, CALIFORNIA INVESTOR, CALIFORNIA INVESTORS, AND BUDGET PROPERTY
MANAGEMENT, INC., TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereby STIPULATE and AGREE:

Defendants William T. Martin, California Investor, California Investors, and Budget Property Management Inc.'s responsive pleading to the First Amended Complaint is due on or before April 6, 2007.

Dated: March 29, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ _____
      William A. Munoz
      Attorneys for Defendants
      WILLIAM T. MARTIN, CALIFORNIA
      INVESTORS, INC., CALIFORNIA INVESTORS
      and BUDGET PROPERTY MANAGEMENT INC.

Dated: March 29, 2007

MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By /s/ _____
      Mark A. Campbell
      Attorneys for Plaintiff
      WESLEY RILEY

Dated: March 29, 2007

By /s/ _____
      Michele L. Giguiere
      Pro Se Defendant

WAM.10364352.doc

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Having considered the Stipulation of the parties and for good cause appearing, Defendants William T. Martin, California Investor, California Investors, and Budget Management property, Inc.'s responsive pleading shall be due on or before April 6, 2007.

**IT IS SO ORDERED**.

DATED:  March 29, 2007.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 4 -

SECOND STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS
WILLIAM T. MARTIN, CALIFORNIA INVESTOR, CALIFORNIA INVESTORS, AND BUDGET PROPERTY
MANAGEMENT, INC., TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com