1  William A. Munoz - 191649
   Robert W. Lucas - 143920
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:  (916) 565-0300
4  Facsimile:  (916) 565-1636

5  Attorneys for Defendant
   WILLIAM T. MARTIN; CALIFORNIA INVESTORS, INC.; CALIFORNIA INVESTOR;
6  BUDGET PROPERTY MANAGEMENT

7                    UNITED STATES DISTRICT COURT

8                    DISTRICT OF CALIFORNIA

9

10 | WESLEY RILEY,                              | Case No.: 2:06-cv-02126-LKK-KJM
11 |     Plaintiff,                             | STIPULATION AND ORDER
                                                 | DISMISSING DEFENDANTS WILLIAM
12 | v.                                         | T. MARTIN, CALIFORNIA INVESTORS,
                                                 | INC., CALIFORNIA INVESTORS AND
13 | MICHELE GIGUIERE. BUDGET                   | BUDGET PROPERTY MANAGEMENT,
   | PROPERTY MANAGEMENT, INC., CAL.            | INC. WITH PREJUDICE
14 | INVESTORS, INC.; WILLIAM T. MARTIN,
   | CALIFORNIA INVESTOR and CALIFORNIA
15 | INVESTORS,
16 |     Defendants.
17

18       WHEREAS, on or about February 2, 2007, Plaintiff Wesley Riley ("Plaintiff") filed the

19  First Amended Complaint in this matter naming several defendants, including William T.

20  Martin, California Investors, Inc., California Investors, and Budget Property Management, Inc.,

21  who have been served, but have not formally appeared in this action;

22       WHEREAS, Plaintiff and Defendants William T. Martin, California Investors, Inc.,

23  California Investors, and Budget Property Management, Inc. have agreed to resolve this matter

24  for a waiver of attorney's fees and costs;

25       NOW, THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

26  Procedure, Plaintiff and Defendants William T. Martin, California Investors, Inc., California

27  Investors, and Budget Property Management, Inc., and all other defendants, by and through

28

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

their counsel, or themselves in pro per, hereby stipulate to the dismissal of Defendants William T. Martin, California Investors, Inc., California Investors, and Budget Property Management, Inc., in this matter with prejudice, with Plaintiff and Defendants William T. Martin, California Investors, Inc., California Investors, and Budget Property Management, Inc., each bearing their own costs and attorney's fees related to this action.

Neither this Stipulation nor the Order of Dismissal hereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by Plaintiff in this action, as fully set forth in the attached Settlement Agreement and Release.

This Stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts shall constitute but one and the same stipulation.

IT IS SO STIPULATED.

Dated: ___May 7_____, 2007   MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: __/s/_____
    Mark A. Campbell
    Attorneys for Plaintiff WESLEY RILEY

Dated: _May 15,_ 2007   MURPHY, PEARSON, BRADLEY & FEENEY

By /s/_____
   William A. Munoz
   Attorneys for Defendants
   WILLIAM T. MARTIN; CALIFORNIA INVESTORS, INC.; CALIFORNIA INVESTOR; BUDGET PROPERTY MANAGEMENT

Dated: __May 16, 2007

By /s/_____
   Michele Louise Giguiere
   Defendant In Pro Per

- 2 -

STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANTS WILLIAM T. MARTIN, CALIFORNIA INVESTORS, INC., CALIFORNIA INVESTORS AND BUDGET PROPERTY MANAGEMENT, INC. WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' Stipulation and, good cause appearing therefore, hereby approves the dismissal with prejudice of Defendants William T. Martin, California Investors, Inc., California Investors, and Budget Property Management, Inc., with plaintiff and Defendants William T. Martin, California Investors, Inc., California Investors, and Budget Property Management, Inc., each bearing their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: May 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -

STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANTS WILLIAM T. MARTIN, CALIFORNIA INVESTORS, INC., CALIFORNIA INVESTORS AND BUDGET PROPERTY MANAGEMENT, INC. WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

The under signed certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Mark A. Campbell<br>Farmer Murphy Smith & Alliston<br>3640 American River Drive, No. 150<br>Sacramento, CA 95864 | Attorney for Plaintiff<br>WESLEY RILEY |
| Michele Louise Giguiere<br>P. O. Box 41174<br>Sacramento, CA 95841-0174 | Attorney for Defendant in Pro Per<br>MICHELE GIGUIERE |

Dated this 16th day of May, 2007.

By /s/ CRYSTAL J. ROBERTS
_____
Crystal J. Roberts

WAM.10368801.doc

- 4 -

STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANTS WILLIAM T. MARTIN, CALIFORNIA INVESTORS, INC., CALIFORNIA INVESTORS AND BUDGET PROPERTY MANAGEMENT, INC. WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com