UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                              NO. CIV. S-06-2126 LKK/KJM

      Plaintiff,

  v.                                     O R D E R

MICHELE GIGUIERE, et al,

      Defendants.

     The scheduling order in this case directed the parties to file a joint statement with respect to the undisputed and disputed facts. It further cautioned that "Counsel must prepare their Pretrial Statements, and participate in good faith at the Pretrial Conference, with these aims in mind. A FAILURE TO DO SO MAY RESULT IN THE IMPOSITION of SANCTIONS which may include monetary sanctions, orders precluding proof, eliminations of claims or defenses, or such other sanctions as the court deems appropriate."

     The parties have violated the terms of that order by submitting separate statements of undisputed and disputed facts,

1

1   rather than a joint statement.  Plaintiff's counsel states that
2   despite several revisions to an attempted joint statement, the
3   parties have been unable to come to an agreement.  This is
4   extraordinary.  The joint statement does not require the parties
5   to actually "agree" on anything; it simply requires them to
6   determine which facts are disputed and which are not.  But the
7   parties' apparent position is that they cannot even agree on what
8   they disagree about.

9       The court is also in receipt of plaintiffs' motion to re-open
10  discovery, which was noticed for June 30, 2008, although the motion
11  was not filed in sufficient time for that hearing date, nor was
12  there a request to shorten time filed.  In the interests of the
13  efficiency, the court advances the hearing on the motion to be
14  heard concurrently with the new pretrial conference date.

15      Accordingly, the court orders as follows:

16  1. The parties shall FILE a joint statement of disputed and
17  undisputed facts by June 13, 2008 or the court will, at a minimum,
18  impose monetary sanctions on both of them.  The pretrial conference
19  currently set for June 9, 2008 is CONTINUED to June 23, 2008 at
20  3:30 p.m.

21  2. The hearing on the motion to re-open discovery (Dock. No.
22  90) shall be ADVANCED to June 23, 2008 at 3:30 p.m.  Defendant
23  shall file an opposition by June 12, 2008, and plaintiff may file
24  a reply by June 17, 2008.

25  IT SO ORDERED.

26  DATED:  June 4, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2