UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

          NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                    O R D E R

MICHELE GIGUIERE, et al,

    Defendants.
_____/

    The court is in receipt of the parties' stipulation and proposed order to re-open discovery. The parties have failed to show good cause, and thus, the motion is DENIED. The parties are, of course, free to make any agreement they wish, but such agreement will not be enforceable by the court. Accordingly, the court will not approve the proposed order.

    IT IS SO ORDERED.

    DATED: June 16, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1