1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WESLEY RILEY,
                                NO. CIV. S-06-2126 LKK/KJM
11
              Plaintiff,
12
        v.                              O R D E R
13
    MICHELE GIGUIERE, et al,
14
              Defendants.
15  _____/

16       On April 2, 2009, the court granted a mistrial in this case

17  and directed the defendant to file a motion for summary judgment

18  within thirty days, set to be heard on June 1, 2009. Defendant

19  requests a continuance of the date to file her motion and of the

20  hearing date in order to accommodate defense counsel's schedule.

21  Plaintiff opposes the request. Good cause appearing, defendant's

22  request is GRANTED.

23       Defendant SHALL file and serve her motion for summary judgment

24  and her opposition or statement of non-opposition to plaintiff's

25  motion not later than May 18, 2009. Plaintiff's opposition or

26  statement of non-opposition to defendant's motion and reply, if

                                1

any, in support of his motion SHALL be filed and served not later than June 1, 2009. Defendant's reply, if any, in support of her motion SHALL be filed and served not later than June 8, 2009. The hearing set for June 1, 2009 is CONTINUED to the court's next Law and Motion hearing date, June 15, 2009, at 10:00 AM.

IT IS SO ORDERED.

DATED:  May 7, 2009.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT