1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10
WESLEY RILEY,

NO. CIV. S-06-2126 LKK/KJM

11
        Plaintiff,

12
    v.                                      O R D E R

13
MICHELE GIGUIERE, et al,

14
        Defendants.

15
_____/

16      This case came to trial on March 31, 2009 and the court

17   declared a mistrial on April 2, 2009. On that day, that court also

18   ordered the defendant to file a motion for summary judgment.

19   Pending before the court are the parties' cross-motions for summary

20   judgment.

21      Upon review of the parties' briefs and evidence tendered in

22   support, it is evident that a significant dispute between the

23   parties is whether defendant's service on plaintiff in the third

24   unlawful detainer action, Santos v. Riley, Sacramento County

25   Superior Court Case No. 05UD00611, was proper. According to the

26   undisputed evidence tendered by both parties and as set forth in

1

1   the Undisputed Facts of the Final Pretrial Statement, default

2   judgment was entered against plaintiff on March 8, 2005. Plaintiff

3   then moved to set aside the default on the basis of improper

4   service, which Santos, through her attorney defendant Giguiere,

5   opposed on the basis that service had been proper. See Declaration

6   of Wesley Riley In Support of Plaintiff's Motion for Summary

7   Judgment, Ex. P-Q. The Superior Court of California of Sacramento

8   County held a hearing on the motion and found plaintiff had

9   demonstrated "good cause" to set aside the default on May 12, 2006.

10   Id. Ex. R.

11      Although neither party has raised the issue in their briefs,

12   it appears to the court that there is at least a question as to

13   whether the issue of whether service was proper in the third

14   unlawful detainer action has been already litigated and determined

15   by a valid final judgment by the parties to this case or their

16   privities. See, e.g., United States v. Bhatia, 545 F.3d 757, 759

17   (9th Cir. 2008). If so, this court would be precluded from ruling

18   on the issue. See id.

19      Accordingly, the court ORDERS the parties to file a

20   supplemental brief on this issue. The briefs shall be not longer

21   than seven (7) pages in length. Parties shall file and serve their

22   briefs not later than Monday, June 8, 2009 at 5:00 PM.

23      IT IS SO ORDERED.

24      DATED:  June 3, 2009.

25

26                             LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT