UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                    NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                      O R D E R

MICHELE GIGUIERE, et al,

    Defendants.
_____/

The court is in receipt of plaintiff's request to file a surreply to defendant's reply in support of her motion for summary judgment, on the basis that the reply raises new arguments. The request is DENIED. The court will disregard any arguments defendant has raised for the first time in her reply brief. See Von Brimer v. Whirlpool Corp, 536 F.2d 838, 846 (9th Cir. 1976).

IT IS SO ORDERED.

DATED: June 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1