7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                            NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                              O R D E R

MICHELE GIGUIERE, et al

    Defendants.
_____/

    A status conference was held in chambers on July 6, 2009. After hearing, the court orders as follows:

    1.    The pretrial conference is set for September 8, 2009 at 10:00 a.m.  Pretrial statements shall be filed ten (10) days prior to the conference.

    2.    Trial is set for November 3, 2009 at 10:30 a.m.  The parties represent in good faith that the trial will take approximately three (3) days.

    IT IS SO ORDERED.

    DATED: July 6, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26