UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                    NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                           O R D E R

MICHELE GIGUIERE, et al,

    Defendants.

                           /

    Pending before the court is defense counsel's motion to withdraw, in which he requests an *in camera* hearing relative to the motion. The court agrees that this hearing may be helpful to the resolution of the motion. Accordingly, the court ORDERS as follows:

    1.    An *in camera* hearing is SET for September 14, 2009 at 2:30, at which defendant and defense counsel SHALL appear.

    2.    The Pretrial Conference currently set for September 8, 2009 is VACATED. The court will reset the Pretrial

////

////

1

Conference by order following the *in camera* hearing.

IT IS SO ORDERED.

DATED: August 31, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT