UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

          NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                        O R D E R

MICHELE GIGUIERE, et al,

    Defendants.
_____/

    Pursuant to the hearing held on September 28, 2009 pertaining to the motion to withdraw (Doc. 297) filed by counsel for defendant Michelle Giguiere, the court orders as follows:

    1.    The motion to withdraw is GRANTED.

    2.    Counsel is ORDERED to release all client papers and property to clients within ten (10) days of the date of this order, including correspondences, pleadings, deposition transcripts, exhibits, physical evidence, expert reports, and other items reasonably necessary to the clients' representation, whether the client have paid for them or not, in accordance with Rule 3-700(D)

1

1  of the California Rules of Professional Conduct.
2  3. Counsel is ORDERED to serve a copy of this order on
3  defendant Michelle Giguiere.
4  4. Defendant Michelle Giguiere, is ORDERED to inform the
5  court within fifteen (15) days whether she has retained
6  alternate counsel.  In the event that defendant Giguiere
7  retains alternate counsel, this notice shall specify new
8  counsel's availability and readiness for a further
9  status conference in this case.
10 5. A further status conference in this case is SET for
11 November 23, 2009 at 2:00 p.m.  In the event that
12 defendant Giguiere retains alternative counsel as
13 provided in the preceding paragraph, the court will
14 consider rescheduling this conference by further order.
15 IT IS SO ORDERED.
16 DATED: September 29, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2