UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.                                O R D E R

MICHELE GIGUIERE, et al,

    Defendants.
_____/

    On September 29, 2009, the court granted defendant's counsel's motion to withdraw. Doc. No. 309. In that order, the court set a status conference in this case for November 23, 2009. Defendant was instructed to inform the court within fifteen days whether she had retained alternate counsel, and the court indicated that it would entertain motions to reschedule the November 23 conference to accommodate replacement counsel's needs.

    The fifteen day period has expired, and no notice of replacement counsel has been filed with the court. Plaintiff's counsel, however, promptly filed an ex parte application to move the November 23 date. Good cause appearing, the court CONTINUES

1

this conference to November 30, 2009, at 1:30 p.m.

The court has further received an email from defendant. This email was not filed, and nothing indicates that it was served on or otherwise communicated to plaintiff. Future communications regarding scheduling of this matter should be filed as documents in this case. Although defendant is now appearing pro se, the court grants ORDERS that defendant shall use electronic filing (CM/ECF), in accordance with Local Rule 5-133(b)(2).

IT IS SO ORDERED.

DATED: October 20, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2