UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

          NO. CIV. S-06-2126 LKK/KJM

    Plaintiff,

  v.

          O R D E R

MICHELE GIGUIERE,

    Defendant.
_____/

    A status conference was held in chambers on November 30, 2009. After hearing, the court orders as follows:

    1.    The Pretrial Conference is set for March 15, 2010 at 3:00 PM.

    2.    Trial is set for April 6, 2010. The parties represent in good faith that the trial will take approximately three (3) days.

    TRIAL IN THIS CASE WILL NOT BE FURTHER CONTINUED.

    IT IS SO ORDERED.

    DATED: December 1, 2009.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1