UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY RILEY,

                              NO. CIV. S-06-2126 LKK/KJM

      Plaintiff,

  v.                                       O R D E R

MICHELE GIGUIERE, et al,

      Defendants.
_____/

    On March 19, 2010, the court filed a tentative pretrial order, which set numerous dates for the filing of documents prior to trial. Trial is set to begin on April 6, 2010. The court recognizes inconsistencies in these dates arising out of the fact that the court's standard pretrial order sets dates based upon a longer period of time between the pretrial conference and trial. In order to allow all documents to be filed prior to trial, the court orders as follows:

    (1)  All amended witness lists and exhibit lists shall be filed by 12:00 p.m. on April 1, 2010.

    (2)  All motions in limine shall be filed by 12:00 p.m. on

1

1       April 2, 2010.
2  (3)  All oppositions to the motions in limine shall be filed
3       by 12:00 p.m. on April 5, 2010.
4  (4)  All objections to the tentative pretrial order shall be
5       filed by 12:00 p.m. on April 5, 2010. The objections, if
6       any, will be resolved the first day of trial.
7  (5)  Defendant shall file a trial brief, proposed jury
8       instructions, and a proposed verdict form by 12:00 p.m.
9       on April 5, 2010.
10 IT IS SO ORDERED.
11 DATED:  March 30, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2